UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| RUDOLPH T. TEXTOR, Individually and On Behalf of All Others Similarly Situated,<br><br>                Plaintiff,<br><br>vs.<br><br>NOVAGOLD RESOURCES, INC., RICK VAN NIEUWENHUYSE, ROBERT J. MACDONALD and PETER W. HARRIS,<br><br>                Defendants. | **CIVIL ACTION NO. 08 CV 7041 (DLC)**<br><br>CLASS ACTION COMPLAINT FOR VIOLATIONS OF THE FEDERAL SECURITIES LAWS<br><br>**JURY TRIAL DEMANDED** |

**L.R. 7.1 DISCLOSURE STATEMENT**

Pursuant to L.R. 7.1, Plaintiff Rudolph T. Textor hereby state that there are no such parent corporations or any other publicly held corporation that owns 10% or more of its stock as the Plaintiff is an individual.

Dated: August 7, 2008

**BRODSKY & SMITH, LLC**

By:*/s Evan J. Smith (ES3254)*
Evan J. Smith, Esquire
240 Mineola Boulevard
Mineola, NY 11501
516-741-4977

**SCHIFFRIN BARROWAY TOPAZ & KESSLER, LLP**
Darren J. Check, Esquire
Naumon A. Amjed, Esquire
280 King of Prussia Road
Radnor, PA 19087
610-667-7706

*Attorneys for Plaintiff, Rudolph T. Textor*

1