```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------X
                                        :
IN RE NOVAGOLD RESOURCES INC.           :     MASTER FILE:
SECURITIES LITIGATION                   :
                                        :     08 Civ. 7041 (DLC)
--------------------------------------- :
THIS DOCUMENT RELATES TO:               :     ORDER
                                        :
All Actions                             :
----------------------------------------X
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/16/10

DENISE COTE, District Judge:

The parties having notified the Court that this litigation has been settled, it is hereby

ORDERED that the parties shall submit the necessary papers to obtain preliminary approval of the settlement by **April 1, 2010**.

SO ORDERED:

Dated:   New York, New York
         February 16, 2010

_____
DENISE COTE
United States District Judge