UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE NOVAGOLD RESOURCES INC. ) <br> SECURITIES LITIGATION ) <br> ) <br> This Document Relates to: ) <br> ) <br> All Actions ) <br> ) | MASTER FILE <br><br> 1:08-CV-7041 (DLC) (JCF) |

**NOTICE OF U.S. LEAD PLAINTIFF'S UNOPPOSED MOTION FOR**
**PRELIMINARY APPROVAL OF PROPOSED CLASS SETTLEMENT**

PLEASE TAKE NOTICE that U.S. Lead Plaintiff, the New Orleans Employees' Retirement System, through counsel, hereby moves this Court before the Honorable Denise Cote for an order pursuant to Federal Rule of Civil Procedure 23(e) for preliminary approval of a proposed class action settlement, certification of a settlement class for settlement purposes only pursuant to Rule 23(a) and (b)(3), approval of the forms of notice, other matters related to issuing notice to the class and such other and further relief as the Court deems just and proper. Defendants will not oppose the motion.

PLEASE TAKE FURTHER NOTICE that in support of this motion, U.S. Lead Plaintiff submits and is submitting herewith: its opening brief; the accompanying April 1, 2010 Declaration of Joseph A Fonti with annexed exhibits; the Stipulation and Agreement of Settlement with annexed exhibits; and a proposed U.S. Preliminarily Approval Order with annexed exhibits concerning notice to the proposed class.

Dated: April 6, 2010                                                Respectfully submitted,

 

**LABATON SUCHAROW LLP**

   /s/ Joseph A. Fonti
Jonathan M. Plasse  (JP 7515)
jplasse@labaton.com

2

        Joseph A. Fonti  (JF 3201)
        jfonti@labaton.com
        Nicole M. Zeiss (NZ 384)
        nzeiss@labaton.com
        140 Broadway
        New York, NY 10005
        Tel:  (212) 907-0700
        Fax:  (212) 883-7044

*Counsel for Lead Plaintiff New Orleans Employees' Retirement System and Lead Counsel for the Class*

2