UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

|  |  |  |
|---|---|---|
| IN RE NOVAGOLD RESOURCES INC. SECURITIES LITIGATION | ) ) ) ) | MASTER FILE 1:08-CV-7041 (DLC) (JCF) |
| This Document Relates to: | ) ) |  |
| All Actions | ) ) |  |

### DECLARATION OF JOSEPH A. FONTI IN SUPPORT OF U.S. LEAD PLAINTIFF'S UNOPPOSED MOTION FOR PRELIMINARY APPROVAL OF PROPOSED CLASS SETTLEMENT

I, JOSEPH A. FONTI, declare as follows pursuant to 28 U.S.C. § 1746:

1. I am a partner at the law firm of Labaton Sucharow LLP, attorneys for U.S. Lead Plaintiff, the New Orleans Employees' Retirement System, and the proposed class, and am admitted to practice before this Court. I respectfully submit this declaration in further support of the unopposed motion for preliminary approval of the proposed class settlement. I have personal knowledge of the matters testified to herein.

2. Annexed hereto as Exhibit 1 is a true and correct copy of the firm resume of Labaton Sucharow LLP, U.S. Lead Counsel in the U.S. Action.

3. Annexed hereto as Exhibit 2 is a true and correct copy of Stephanie Plancich & Svetlana Starykh, *Recent Trends in Securities Class Action Litigation: 2009 Year-End Update* (NERA, December 2009).

4. Annexed hereto as Exhibit 3 is a true and correct copy of Ellen M. Ryan & Laura E. Simmons, *Securities Class Action Settlements: 2009 Review and Analysis* (Cornerstone Research, 2010).

I declare under penalty of perjury that the foregoing is true and correct. Executed on April 1, 2010.

_____
JOSEPH A. FONTI